FILED

MAR 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANTHONY TROY WILLIAMS,<br><br>　　　　Applicant,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | No. 24-6912<br><br>ORDER |

Before:   CANBY, R. NELSON, and FORREST, Circuit Judges.

The district court transferred the applicant's "Motion for Proof of Claims" and "Motion to Show Prosecutors nor Judges Had No Jurisdiction over Private Attorney General Anthony Troy Williams" to this court under Ninth Circuit Rule 22-3(a). We treat the transferred motions as an application for authorization to file a second or successive 28 U.S.C. § 2255 motion. *See* 28 U.S.C. § 2244(b)(3)(A); 9th Cir. R. 22-3(a).

We deny the application for authorization. The applicant has not made a prima facie showing under § 2255(h) of:

> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or

> (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously

unavailable.

Any pending motions are denied as moot. No further filings will be entertained in this case.

**DENIED.**